UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David B. Turner, Jr.,<br><br>                Plaintiff,<br>v.<br><br>Bank of America, et al.,<br><br>                Defendants. | Case No.: 18cv2749-CAB-AGS<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS [Doc. No. 3]** |

On December 6, 2018, Plaintiff, a non-prisoner proceeding *pro se*, filed a complaint for alleged civil rights violations against Bank of America, San Diego Trolley, County of San Diego, Seven Eleven, and the El Cajon Police Department. [Doc. No. 1.] Plaintiff also filed something called a "Fee Waiver," which the Court assumes is a request to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. [Doc. No. 3.] For the following reasons, Plaintiff's motion is denied.

Generally, all parties instituting a civil action in this court must pay a filing fee. *See* 28 U.S.C. § 1914(a); CivLR 4.5(a). But, pursuant to 28 U.S.C. § 1915(a), the court may authorize the commencement, prosecution or defense of any suit without payment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay filing fees or costs. "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still

1

18cv2749-CAB-AGS

afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted). The granting or denial of leave to proceed in forma pauperis in civil cases is within the sound discretion of the district court. *Venerable v. Meyers*, 500 F.2d 1215, 1216 (9th Cir. 1974) (citations omitted).

Here, Plaintiff has merely filed one handwritten page where he claims he "has no money." [Doc. No. 3]. However, he does not provide any particularity whatsoever as to his alleged poverty. Therefore, Plaintiff's motion [Doc. No. 3] for IFP is **DENIED WITHOUT PREJUDICE.**

Plaintiff shall have until **January 11, 2019** to either pay the filing fee, or file a new motion to proceed IFP that provides with "particularity, definiteness, and certainty" the required information.[1] If the filing fee is not paid or renewed motion to proceed *in forma pauperis* is not filed by January 11, 2019, the Clerk of the Court shall dismiss the case without prejudice and terminate the action.

**IT IS SO ORDERED.**

Dated: December 11, 2018

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] The Clerk of the Court is **DIRECTED** to provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*."